ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney                    JS 6
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-7177
    E-mail: victor.rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 03-8390-DSF(RCx) |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| $77,968.08 IN FUNDS SEIZED FROM EAST WEST BANK ACCOUNT NUMBER 81302010, | |
| Defendant. | |
| CD VIDEO, INC., | |
| Claimant. | |

On or about March 4, 2003, plaintiff United States of America ("the United States of America") filed a Complaint for Forfeiture alleging that the defendant $77,968.08 in Funds Seized From East West Bank Account Number 81302010 (the "defendant bank funds") are

subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) & (C) and 984.

Claimant CD Video, Inc. ("claimant") filed a claim to the defendant bank funds and answered the complaint on or about April 23, 2003. No other parties have appeared in this case and the time for filing claims and answers has expired.

The United States of America and claimant have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2.  The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(A) & (C) and 984.

3.  Notice of this action has been given as required by law. No appearances have been made in this case by any person other than claimant. The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4.  $41,993.08 of the defendant bank funds, plus the interest earned by the United States of America on that sum since seizure, shall be returned to claimant. The remainder of the defendant bank funds (<u>i.e.</u>, $35,975.00), plus the interest earned by the United States of America on that sum since seizure, shall be condemned and forfeited to the United States of America. The custodian of the

/ / /

defendant bank funds is ordered to dispose of the funds forfeited to the United States of America in accordance with law.

    5.    The funds to be returned to claimant pursuant to paragraph 4 shall be paid to claimant by electronic transfer directly into the account entitled "Eric Honig, Client Trust Account" within sixty (60) days of the entry of this Consent Judgment of Forfeiture.

    6.    Claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the U.S. Customs & Border Protection (and its predecessor the U.S. Customs Service), the U.S. Bureau of Immigration & Customs Enforcement (and its predecessors), the Department of Homeland Security and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimant related to the seizure of the defendant bank funds only.

    7.    The Court finds that there was reasonable cause for the seizure of the defendant bank funds and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

/ / /

/ / /

/ / /

1    8.   The Court further finds that claimant did not
2 substantially prevail in this action, and each of the parties
3 hereto shall bear their own attorney fees and costs.
4    9.   The Court shall maintain jurisdiction in this case for
5 the purpose of effectuating the terms of this Consent Judgment of
6 Forfeiture.    11/17/10

7    DATED:_____    _____
8                                    THE HONORABLE DALE S. FISCHER
                                     UNITED STATES DISTRICT JUDGE

<u>CONSENT</u>

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right of appeal.

```
DATED: November 15, 2010        ANDRÉ BIROTTE JR.
                                United States Attorney
                                ROBERT E. DUGDALE
                                Assistant United States Attorney
                                Chief, Criminal Division
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section


                                /s/ Victor A. Rodgers
                                VICTOR A. RODGERS
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA


DATED: November 15, 2010        LAW OFFICE OF ERIC HONIG


                                /s/ Eric Honig
                                ERIC HONIG

                                Attorneys for Claimant
                                CD Video, Inc.
```